In the Matter of GUTWIRTH & ERRANTE HOMES, INC., Appellant. CITY OF NEW YORK, Respondent.

Argued January 6, 1955; decided January 20, 1955.

*Emanuel Thebner, William R. Meagher* and *Martin J. McLaughlin* for appellant.

*Robert D. Joyce, Harry E. O'Donnell* and *Benjamin Offner* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.